## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| DEREK MYERS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 2:19-cv-01458 |
| v. | : | Judge Algenon Marbley |
| | : | Magistrate Judge Jolson |
| VILLAGE OF NEW HOLLAND, OHIO, et al., | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S WITHDRAWAL OF ITS
### FIRST MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Now comes Plaintiff Derek Myers, by and through counsel, and respectfully withdraws his Motion for Leave to File an Amended Complaint originally filed on November 2, 2020.

Contemporaneously with the filing of this Withdrawal Notice, Plaintiff filed a new Motion for Leave to File an Amended Complaint.  The reasoning in support of said new motion are more fully outlined in the Motion and supporting Memorandum in Support.

Respectfully Submitted,

/s/ Jud R. Mauger
**Wesp Barwell, LLC**
Attorneys at Law
Jud R. Mauger (0063375)
Jessica A. Barwell (0088716)
Gregory P. Barwell (0070545)
100 E Broad Street, Suite 2350
Columbus, OH 43215
Ph:  (614) 456-0488
Fax: (614) 456-0488
Email:  jbarwell@wesplaw.com
Email:  gbarwell@wesplaw.com
Email: jmauger@wesplaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December 2020, a true and accurate copy of the foregoing Document was served via email, to the following:

Paul-Michael La Fayette, Esq.
MAZANEC, RASKIN & RYDER CO., L.P.A
175 South Third Street
Suite 1000
Columbus, OH 43215
(614) 228-5931
(614) 228-5934 – Fax
plafayette@mrrlaw.com
*Counsel for Defendants Village of New Holland,
Ohio, Clair "Butch" Betzko, William "Jason"
Lawless, and Christopher Mosley*

*s/ Jud R. Mauger*
**Wesp Barwell, LLC**
Jud R. Mauger (0063375)