# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DEREK MYERS, | ) | CASE NO. 2:19-CV-01458 |
| Plaintiff, | ) ) ) | JUDGE ALGENON L. MARBLEY |
| vs. | ) ) | **NOTICE OF APPEARANCE** |
| VILLAGE OF NEW HOLLAND, OHIO, et al., | ) ) ) ) | |
| Defendants | ) | |

Defendants Village of New Holland, Ohio, Clair "Butch" Betzko, William "Jason" Lawless, and Christopher Mosley, hereby notifies the Court and all counsel of record that Attorney Elisabeth D. Gentile hereby enters her appearance as additional counsel on behalf of said Defendants. Paul-Michael La Fayette will be the attorney with primary responsibility on this matter. Mazanec, Raskin & Ryder Co., L.P.A. respectfully requests that the Court and all counsel direct all notices, pleadings and other communications to the above, effective immediately.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Paul-Michael La Fayette*
ELISABETH D. GENTILE  (0066886)
PAUL-MICHAEL LA FAYETTE  (0067031)
175 South Third Street, Suite 1000
Columbus, OH  43215
T: 614-228-5931  |  F: 614-228-5934
egentile@mrrlaw.com
plafayette@mrrlaw.com

*Counsel for Defendants Village of New Holland, Ohio, Clair "Butch" Betzko, William "Jason" Lawless, and Christopher Mosley*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>s/Paul-Michael La Fayette</u><br>
PAUL-MICHAEL LA FAYETTE  (0067031)

*Counsel for Defendants Village of New Holland, Ohio, Clair "Butch" Betzko, William "Jason" Lawless, and Christopher Mosley*