# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEREK MYERS, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 2:19-CV-01458 |
| vs. : | |
| : | Hon. Algenon L. Marbley |
| VILLAGE OF NEW HOLLAND, OHIO, et al., : | |
| : | |
| Defendants. : | |

## STIPULATION AND JUDGMENT ENTRY OF DISMISSAL

By stipulation of the parties, the above-captioned case is dismissed with prejudice pursuant to Rule 41(A)(1) of the Federal Rules of Civil Procedure. Each party to bear their own costs.

Notwithstanding voluntary dismissal by the parties, this Court expressly retains jurisdiction over any agreements among the parties.

Date: _____

                                                                         Judge

Stipulated by:

| | |
|---|---|
| /s/ Jessica A. Barwell | /s/  Paul-Michael La Fayette |
| Jessica A. Barwell (0088716) | Paul-Michael La Fayette (0060731) |
| Gregory P. Barwell (0070545) | Elisabeth D. Gentile (0066886) |
| Jud R. Mauger (0063375) | 65 East State Street, Suite 2550 |
| **WESP BARWELL, L.L.C.** | Columbus, OH 43215 |
| 475 Metro Place South, Suite 430 | T: 614-683-8471  I  F: 833-330-3669 |
| Dublin, OH 43017 | paul.lafeyette@fmglaw.com |
| Phone: (614) 456-0488 | elisabeth.gentile@fmglaw.com |
| Fax: (614) 456-0488 | *Attorneys for Defendants* |
| jbarwell@wesplaw.com | |

gbarwell@wesplaw.com
jmauger@wesplaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jessica A. Barwell*
Jessica A. Barwell (0088716)